UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

DONALD J. CRANSTON, JR., JOSEPH MORANDE, ANTHONY FASULO, DAVID MONTELLE, ROCCO CIANCIO and LUCIANO FALZONE, as Trustees and Fiduciaries of the PAVERS AND ROAD BUILDERS DISTRICT COUNCIL WELFARE, PENSION, ANNUITY AND APPRENTICESHIP, SKILL IMPROVEMENT AND TRAINING FUNDS,

Plaintiffs,

-against-

J.P. HOGAN,

Defendant.

05 Civ. 3671 (ARR)

**NOTICE OF DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Fed. Civ. P. Rule 41(a)(1)(i), the above-captioned action be and hereby is dismissed in its entirety.

Dated: New York, New York
       November 22, 2005

BARNES, IACCARINO, VIRGINIA,
AMBINDER & SHEPHERD, PLLC

By: _____
    Judy Wong (JW 1531)
Trinity Centre
111 Broadway, Suite 1403
New York, N.Y. 10006
(212) 943-9080
Attorneys for Plaintiffs

SO ORDERED:

_____
U.S.D.J.           11/28/05